## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | : CIVIL ACTION |
| JOHN DUNN | : |
|  | : |
| v. | : |
| STATE FARM FIRE AND CASUALTY COMPANY | : |
|  | : NO. 15-2164 |

## CIVIL JUDGMENT

BEFORE LEESON, JR., J.

       AND NOW, this 28th day of October, 2015, it appearing that an Arbitration Award was entered and filed on 9/17/15, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

       ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of the plaintiff and against the defendant in the amount of $5,000.00.

BY THE COURT:

_____
JOSEPH F. LEESON, JR., J.

ARB 16